# Third District Court of Appeal

## State of Florida

Opinion filed September 7, 2022.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D22-0147
Lower Tribunal No. 13-26679

————————————

**Adam Ogden,**
Appellant,

vs.

**Isabel Tagliaferro, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Barbara Areces, Judge.

DeSouza Law, P.A., and Daniel DeSouza (Coral Springs), for appellant.

Joseph E. Altschul, LLC, and Joseph E. Altschul and Joseph Stern (Pembroke Pines), for appellees.

Before FERNANDEZ, C.J., and LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed.